IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| FREDERICK BANKS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. CIV-17-813-C |
| SOO SONG, et al., | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Shon T. Erwin on August 3, 2017. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 6) of the Magistrate Judge is adopted and the "Complaint for a Writ of Quo Warranto, Prohibition and Mandamus" is dismissed. A judgment shall enter accordingly.

IT IS SO ORDERED this 6th day of September, 2017.

ROBIN J. CAUTHRON
United States District Judge